UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SAIM SARWAR, | : |
| Plaintiff, | : |
| v. | : Case No. 1:21-cv-00006-JJM-LDA |
| SHANER NEWPORT HARBOR, LLC, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby stipulate that the instant case shall be dismissed with prejudice pursuant to a settlement agreement entered into between the parties. Each party to bear its own costs and fees; all rights of appeal waived.

PLAINTIFF,                                          DEFENDANT,

Saim Sarwar,                                       Shaner Newport Harbor LLC,

By her Attorneys,                                  By its Attorneys,

*/s/ Daniel G. Ruggiero*                           */s/ Joseph V. Cavanagh, III*
Daniel G. Ruggiero, Esq.                           Joseph V. Cavanagh, III, Esq. (#6907)
275 Grove Street, Suite 2-400                      Blish & Cavanagh, LLP
Newton, MA  02466                                  30 Exchange Terrace
Tel:  (339) 237-0343                               Providence, RI  02903
druggieroesq@gmail.com                             Tel:  (401) 831-8900
                                                   Fax:  (401) 751-7542
                                                   jvc3@blishcavlaw.com